JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMALYDIA O. Q., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>ANDREW M. SAUL, <br>Commissioner of Social Security Administration, <br><br>　　　　　Defendant. | No. CV 19-0353 FFM <br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings as set forth in the Order filed concurrently herewith.

DATED: April 2, 2020

　　　　　　　　　　　　　　　　　　/S/FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　United States Magistrate Judge